ADAM PAUL LAXALT
Nevada Attorney General
ANN MCDERMOTT
Chief Deputy Attorney General
Nevada Bar No. 008180
Personnel Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
P: (702) 486-3306
F: (702) 486-3773
amcdermott@ag.nv.gov
*Attorneys for Defendant*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINITY PHARRIS, Individually, | Case No. 2:15-cv-00268-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION** |
| STATE OF NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

COMES NOW the parties, by and through their undersigned counsel, pursuant to Local Rule 16-6(d) hereby submit the following Stipulation:

The parties by and through undersigned counsel agree and stipulate to continue the Early Neutral Evaluation of the above-entitled matter set for August 13, 2015.  The reason for this Stipulation is that Defendant's counsel will be out-of-state for a conference from August 12, 2015 through August 14, 2015.

. . .

. . .

. . .

It is therefore requested that this Court continue the Early Neutral Evaluation to the earliest date after August 14, 2015, that is convenient to this Court. Counsel propose and are available on all of the following dates: September 2, 9, 22, 23 or 24.

DATED this 2nd day of July, 2015.

ADAM PAUL LAXALT
Attorney General

By: /s/ Ann McDermott
ANN MCDERMOTT
Chief Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Nevada Department of Corrections*

DATED this 2nd day of July, 2015.

COHEN & PADDA, PLLC

By: /s/ Paul S. Padda
PAUL S. PADDA, ESQ.
4240 W. Flamingo Rd., Ste. 220
Las Vegas, Nevada 89103
*Attorney for Palintiff*

## ORDER

IT IS SO ORDERED.

DATED this 2nd day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the ENE scheduled for August 13, 2015 is VACATED and rescheduled to 10:00 a.m., September 23, 2015. The confidential statement is due September 16, 2015. All else as stated in the Order scheduling the ENE (#8) remains the same.