# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TRINITY PHARRIS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br><br>STATE OF NEVADA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　Defendant. | 2:15-cv-00268-JCM-CWH<br>**ORDER** |

　　　　On July 22, 2015, Honorable Judge James C. Mahan, U.S. District Court Judge, granted Defendant's Motion to Dismiss (#12) and Clerk's Judgment was entered in favor of Defendant (#13). On July 28, 2015, Plaintiff filed a motion to reopen case (#14). This motion is pending before the district judge.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that the Early Neutral Evaluation scheduled for September 23, 2015 is VACATED.

　　　　DATED this 29th day of July, 2015.


　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE